**Order filed November 10, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00166-CV

_____

## RICHARD A. DUNSMORE, Appellant

## V.

## THE UNIVERSITY OF TEXAS, ET AL, Appellees

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 78057-I**

## O R D E R

Appellant's brief was due October 11, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 12, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM